CASES DISMISSED AND DISPOSED OF BY THE COURT WITHOUT OPINION, DURING JUNE TERM, A. D. 1911.

Conrad W. Schmid and Wife, Appellants, v. M. E. Gruber, Appellee.

Palm Beach County, Florida.

G. A. Worley, for Appellants.

Currie & Carmichael, for Appellee.

Appeal dismissed on motion of counsel for appellee, October 3rd, 1911.

————

John Allen, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of Error to the Circuit Court for Dade County, Florida.

Geo. A. Worley, for Plaintiff in Error.

Attorney General, for State.

Writ of Error dismissed on motion of Attorney General.

————

Zack T. Paramore, Appellant, v. Lucy Paramore, Appellee.

Appeal from a decree of the Circuit Court for Jackson County.

Calhoun & Campbell, for Appellant.

D. L. McKinnon, for Appellee.

Appeal dismissed October 31st, 1911, on motion of counsel for Appellee.